IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NLG, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-11269-JKS |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 23, 2022 AT 9:30 A.M. (EST) BEFORE THE
HONORABLE J. KATE STICKLES, 824 MARKET ST., 3RD FL., COURTROOM #7**

---

**This hearing will be held live.  However, for those parties unable to attend the live hearing, participation via ZOOM is permitted.**

**ALL PARTICIPANTS ARE REQUIRED TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING AT LEAST TWO HOURS PRIOR TO THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItcOmqrToiGXzwBs8DPj22wrJQLfXm5A0

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL**

---

**MATTERS GOING FORWARD**

1. Motion for 2004 Examination and Production of Documents Under Fed. R. Bankr. P. 2004 [Docket No. 51; Filed May 6, 2022]

    Response Deadline:    May 23, 2022 at 4:00 p.m.

    Responses Received:

    A. Non-Party Liza Hazan aka Elizabeth Hazan's Objection To Trustee's Alfred T. Giuliano's Motion For Examination And Production Of Documents Under Fed. R. Bankr. P. 2004 And Motion For Protective Order [Docket No. 63; Filed May 23, 2022]

    B. Reply to Objection to Motion for Examination and Production of Documents Under Fed. R. Bankr. P. 2004 [Docket No. 64; Filed June 15, 2022]

134069923.1

Related Documents:

    A.  Notice of Hearing Regarding Motion for 2004 Examination and Production of Documents [Docket No. 53; Filed May 9, 2022.

Status:     Agreement in principle reached to resolve motion.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By:   */s/ Seth A. Niederman*
    Seth A. Niederman, Esquire (No. 4588)
    919 N. Market Street, Suite 300
    Wilmington, DE  19899-2323
    (302) 654-7444/Fax (302) 656-8920
    sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3222
(215) 299-2864/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estate of NLG, LLC

Dated:  June 21, 2022