IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NLG, LLC, | Case No. 21-11269-JKS |
| Debtor. | |

### *AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 23, 2022 AT 9:30 A.M. (EST) BEFORE THE HONORABLE J. KATE STICKLES

> **THIS HEARING WILL BE HELD *via* ZOOM.**
>
> **ALL PARTICIPANTS ARE REQUIRED TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING AT LEAST TWO HOURS PRIOR TO THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItcOmqrToiGXzwBs8DPj22wrJQLfXm5A0
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**MATTERS GOING FORWARD**

1. Motion for 2004 Examination and Production of Documents Under Fed. R. Bankr. P. 2004 [Docket No. 51; Filed May 6, 2022]

    Response Deadline:    May 23, 2022 at 4:00 p.m.

    Responses Received:

    A. Non-Party Liza Hazan aka Elizabeth Hazan's Objection To Trustee's Alfred T. Giuliano's Motion For Examination And Production Of Documents Under Fed. R. Bankr. P. 2004 And Motion For Protective Order [Docket No. 63; Filed May 23, 2022]

    B. Reply to Objection to Motion for Examination and Production of Documents Under Fed. R. Bankr. P. 2004 [Docket No. 64; Filed June 15, 2022]

Related Documents:

A. Notice of Hearing Regarding Motion for 2004 Examination and Production of Documents [Docket No. 53; Filed May 9, 2022.

Status: Agreement in principle reached to resolve motion.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE  19899-2323
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3222
(215) 299-2864/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estate of NLG, LLC

Dated:  June 22, 2022

135278910.1