21-11269 NLG, LLC
6/23/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Julia | Klein | Defendants | Klein LLC |
| Paula | Subda | USBC | USBC |
| Seth | Niederman | Chapter 7 Trustee | Fox Rothschild LLP |
| Harris | Jesse | Chapter 7 Trustee | Fox Rothschild LLP |
| Stephanie | Rosner | USBC | |
| Chris | Kosachuk | Pro Se | |