| NLG, LLC Vs. Selective Advisors Group, LLC 22-50086-JKS | | | |
|---|---|---|---|
| August 15, 2022 - 3:00PM | | | |
| Status Conference | | | |
| **First Name** | **Last Name** | **Party Representing** | **Firm Name** |
| Jesse | Harris | Trustee | Fox Rothschild LLP |
| Julia | Klein | Selective Advisors Group, LLC | Klein LLC |
| Chris | Kosachuk | Pro Se | |
| Sean | Meehan | Defendant | |
| Seth | Niederman | Trustee | Fox Rothschild LLP |
| Juan | Ramirez | Self | ADR MIAMI LLC |