# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
NLG, LLC  
8 The Green, Ste A  
Dover, DE 19901  
  **EIN:** 36−4514892

**Chapter:** 7

**Case No.:** 21−11269−JKS

## NOTICE OF RESCHEDULED HEARING

The hearing regarding Joint Motion to Extend Order Holding Adversary Proceeding in Abeyance originally scheduled for 9/15/22 at 2:30 PM has been rescheduled to 9/14/22 at 01:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 .

_____

Una O'Boyle, Clerk of Court

dated: 8/17/22

(VAN−407)

United States Bankruptcy Court
District of Delaware

In re:  
NLG, LLC  
    Debtor

Case No. 21-11269-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 17, 2022 | Form ID: van407 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | NLG, LLC, 8 The Green, Ste A, Dover, DE 19901-3618 |
| 17471613 | + | AMERICA ASSET MANAGEMENT, LLC, Pine Island Commons 8551 W. Sunrise Blvd, Plantation, FL 33322-4016 |
| 17409312 | + | Age Re Services, LLC, 3162 Commodore Plaza, 3E, Miami, FL 33133-5815 |
| 17409314 | | Astrid E. Gabbe, The Law Office of Astrid E. Gabbe, P.A., PO Box 4216, Hollywood, FL 33083-4216 |
| 16695839 | + | Chris Kosachuk, 854 Pheasant Run Rd, West Chester, PA 19382-8144 |
| 17409315 | + | Christopher Kosachuk, 854 Pheasant Run Road, West Chester, PA 19382-8144 |
| 17409316 | + | David W. Langley, 8551 W. Sunrise Blvd., Suite 303, Fort Lauderdale, FL 33322-4007 |
| 17471612 | + | David W. Langley, Esq., 8551 W. Sunrise Blvd., Suite 303, Plantation, FL 33322-4007 |
| 17431378 | + | Grove Resolutions, LLC, c/o Law Office of Alexis Gonzalez P.A., 3162 Commodore Plaza, Suite 3E, Coconut Grove, FL 33133-5815 |
| 17409317 | + | Grove Resolutions, LLC, 520 SW 84th Avenue, Miami, FL 33144-3530 |
| 17409318 | + | Joe Grant, Lorium Law, 197 South Federal Highway, Suite 200, Boca Raton, FL 33432-4946 |
| 17409319 | + | Juan Ramirez, Jr., ADR Miami LLC, 1331 Brickell Bay Drive #708, Miami, FL 33131-3677 |
| 17409320 | + | Julia Bettina Klein, Klein LLC, 225 W 14th Street, Suite 100, Wilmington, DE 19801-1114 |
| 17409321 | + | NLG, LLC, 854 Pheasant Run Road, West Chester, PA 19382-8144 |
| 17409323 | + | Orion G. Callison, III, Law Office of Alexis Gonzalez, P.A., 3162 Commodore Plaza, Suite 3E, Miami, FL 33133-5815 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17409336 | + | Email/Text: michael.brittingham@delaware.gov | Aug 17 2022 20:10:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 17409334 | | Email/Text: KCFinance@Co.Kent.De.Us | Aug 17 2022 20:10:00 | Kent County, P.O. Box 802, Dover, DE 19903 |
| 17409335 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Aug 17 2022 20:10:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17409311 | | 21-11269 |
| 17409313 | | American Asset Management, LLC |
| 17409322 | *+ | NLG, LLC, 8 The Green, Suite A, Dover, DE 19901-3618 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0311-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 17, 2022 | Form ID: van407 | Total Noticed: 18 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alfred T. Giuliano | atgiuliano@giulianomiller.com<br>ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com |
| Alfred T. Giuliano | on behalf of Trustee Alfred T. Giuliano atgiuliano@giulianomiller.com<br>ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com |
| Jesse M. Harris | on behalf of Trustee Alfred Giuliano jesseharris@foxrothschild.com |
| Jesse M. Harris | on behalf of Trustee Alfred T. Giuliano jesseharris@foxrothschild.com |
| Julia Bettina Klein | on behalf of Defendant Selective Advisors Group  LLC klein@kleinllc.com |
| Julia Bettina Klein | on behalf of Interested Party Selective Advisors Group LLC and 9197-5904 Quebec  Inc. klein@kleinllc.com |
| Julia Bettina Klein | on behalf of Defendant 9197-5904 Quebec  Inc. klein@kleinllc.com |
| Julia Bettina Klein | on behalf of Interested Party America Asset Management  LLC klein@kleinllc.com |
| Julia Bettina Klein | on behalf of Interested Party Elizabeth Hazan klein@kleinllc.com |
| Michael G. Menkowitz | on behalf of Trustee Alfred Giuliano mmenkowitz@foxrothschild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com |
| Michael G. Menkowitz | on behalf of Trustee Alfred T. Giuliano mmenkowitz@foxrothschild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com |
| Seth A. Niederman | on behalf of Trustee Alfred Giuliano sniederman@foxrothschild.com<br>msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com |
| Seth A. Niederman | on behalf of Trustee Alfred T. Giuliano sniederman@foxrothschild.com<br>msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 14