# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
NLG, LLC

**Case No.:** 21−11269−JKS

**Chapter:** 7

Notice of Filing Fee(s) Due  
Re: Docket # 71

Dear Chris Kosachuk:

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 922.00 is now due.

- ☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☑ On 8/16/2022, you filed a document in the above−captioned case that requires a filing fee of $ 922.00 be paid to the Court.

Notes: This filing fee is for the Motion to Convert Involuntary Chapter 7 Case to a Voluntary Chapter 11 Case.

The Clerk's Office accepts cash, money orders, and cashier's checks. Personal checks and credit cards are not accepted from pro se filers for payment of fees on any case.

No third party checks or other negotiable instruments will be accepted.

Cashier's checks and money orders will not be accepted for more than the exact amount of the transaction. If you are mailing a payment, please send it to the following address:  
U.S. Bankruptcy Court, 824 N. Market St., Third Floor, Wilmington, DE 19801

NOTE: Customers paying by cash must have exact change. The Clerk's Office is unable to make change.

All cashier's checks and money orders shall be made payable to "Clerk, U.S. Bankruptcy Court". Please include the appropriate case number on the cashier's check or money order.

**Please remit funds to the Court at the following address by no later than 8/31/2022.**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 8/17/22                                                      By:  /s/ Sean J. Moran, Deputy Clerk

(VAN–441)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 21-11269-JKS
NLG, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 2
Date Rcvd: Aug 17, 2022     Form ID: van441     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | Chris Kosachuk, 854 Pheasant Run Rd, West Chester, PA 19382-8144 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alfred T. Giuliano | on behalf of Trustee Alfred T. Giuliano atgiuliano@giulianomiller.com ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com |
| Alfred T. Giuliano | atgiuliano@giulianomiller.com ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com |
| Jesse M. Harris | on behalf of Trustee Alfred Giuliano jesseharris@foxrothschild.com |
| Jesse M. Harris | on behalf of Trustee Alfred T. Giuliano jesseharris@foxrothschild.com |
| Julia Bettina Klein | on behalf of Interested Party America Asset Management  LLC klein@kleinllc.com |
| Julia Bettina Klein | on behalf of Interested Party Elizabeth Hazan klein@kleinllc.com |
| Julia Bettina Klein | on behalf of Defendant Selective Advisors Group  LLC klein@kleinllc.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 17, 2022 | Form ID: van441 | Total Noticed: 1 |

Julia Bettina Klein
    on behalf of Interested Party Selective Advisors Group LLC and 9197-5904 Quebec Inc. klein@kleinllc.com

Julia Bettina Klein
    on behalf of Defendant 9197-5904 Quebec Inc. klein@kleinllc.com

Michael G. Menkowitz
    on behalf of Trustee Alfred T. Giuliano mmenkowitz@foxrothschild.com
    brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com

Michael G. Menkowitz
    on behalf of Trustee Alfred Giuliano mmenkowitz@foxrothschild.com
    brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com

Seth A. Niederman
    on behalf of Trustee Alfred Giuliano sniederman@foxrothschild.com
    msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com

Seth A. Niederman
    on behalf of Trustee Alfred T. Giuliano sniederman@foxrothschild.com
    msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 14