# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>      Debtor. | Chapter 7<br><br>Case No. 21-11269-JKS |
| ALFRED T. GIULIANO, the Chapter 7 Trustee for the estate of NLG, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SELECTIVE ADVISORS GROUP, LLC,<br><br>      Defendant. | Adv. No. 22-50086 (JKS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 14, 2022 AT 1:00 P.M.

> **This hearing will be held live. For those parties who will not be participating, the following ZOOM link is available.**
>
> **ALL PARTICIPANTS ARE REQUIRED TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING AT LEAST TWO HOURS PRIOR TO THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsf-CsqD4qH7wymzLd_d1QNamEb3dKiuw
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

## MATTERS GOING FORWARD

1. Chris Kosachuk's Motion to End Immediately Abeyance, For Leave to Intervene and for Leave to Amend Complaint [Adv. Docket No. 13; Filed August 11, 2022]

   Response Deadline: September 6, 2022 at 4:00 pm.

Responses Received:

  A. Response of Selective Advisors Group, LLC in Opposition to Motion to Intervene and for Leave to Amend Complaint [Adv. Docket No. 23; Filed September 6, 2022]

  B. Response of Chapter 7 Trustee to Motion to End Immediately Abeyance, For Leave to Intervene and for Leave to Amend Complaint [Adv. Docket No. 24; Filed September 6, 2022]

Related Documents:

  C. Notice of Hearing [Adv. Docket No. 17; Filed August 16, 2022]

  D. Memorandum of Law in Support of Motion to End Immediately Abeyance, For Leave to Intervene and for Leave to Amend Complaint [Adv. Docket No. 18; Filed August 16, 2022]

  E. Notice of Rescheduled Hearing [Adv. Docket No. 20; Main Docket No. 74; Filed August 17, 2022]

2. Joint Motion for Order Holding Adversary Proceeding in Abeyance [Adv. Docket No. 19; Main Docket No. 72; Filed August 16, 2022]

  Response Deadline: August 30, 2022 at 4:00 p.m.

  Responses Received:

    A. Objection to Trustee's Motion to Hold Adversary Proceeding in Abeyance [Adv. Docket No. 22; Main Docket No. 77; Filed August 30, 2022]

  Related Documents:

    A. Proposed form of Order [Adv. Docket No. 19; Main Docket No. 72; Filed August 16, 2022]

    B. Notice of Rescheduled Hearing [Adv. Docket No. 20; Main Docket No. 74; Filed August 17, 2022]

  Status: This matter will go forward.

                                   Respectfully submitted,

                                   **FOX ROTHSCHILD LLP**

By:   */s/ Seth A. Niederman*
      Seth A. Niederman, Esquire (No. 4588)
      919 N. Market Street, Suite 300
      Wilmington, DE 19899-2323
      (302) 654-7444/Fax (302) 656-8920
      sniederman@foxrothschild.com

                -and-

      Michael G. Menkowitz, Esquire
      Jesse M. Harris, Esquire
      2000 Market Street, Twentieth Floor
      Philadelphia, PA 19103-3222
      (215) 299-2864/Fax (215) 299-2150
      mmenkowitz@foxrothschild.com
      jesseharris@foxrothschild.com

      Attorneys for Alfred T. Giuliano, Chapter 7 Trustee
      for the estate of NLG, LLC

Dated: September 12, 2022