# SIGN-IN SHEET

| CASE NAME: NLG, LLC Vs. Selective Advisors Group | COURTROOM #6 |
| --- | --- |
| CASE NUMBER: 22-50086-JKS, 21-11269-JKS | DATE: 9/14/2022 @ 1:00PM |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Seth Niederman | Fox Rothschild | Trustee |
| Jesse Harris | " | " |
| Moi Klein | Klein LLC | Selective |
| CHRIS KOSACHUK | PRO SE | PRO SE |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Paula | Subda | USBC | |
| Chris | Kosachuk | Pro Se | USBC |
| Uday | Gorrepati | N/A (ABI Project) | |
| Sean | Meehan | Defendant | |

NLG, LLC v. Selective Advisors Group, LLC
Adv. Pro. No. 22-50086 (JKS)