IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NLG, LLC, | ) | Case No. 21-11269 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ALFRED T. GIULIANO, Chapter 7 Trustee for the estate of NLG, LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 22-50086 (JKS) |
| | ) | |
| SELECTIVE ADVISORS GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | **Related Adv. Docket No. 19** |

## ORDER

Upon consideration of the *Joint Motion for Order Holding Adversary Proceeding in Abeyance* (the "Motion"), filed by the Chapter 7 Trustee for the estate of NLG, LLC, and Selective Advisors Group, LLC, on August 16, 2022 (Adv. D.I. 19), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The above-captioned adversary proceeding shall be held in abeyance through and including **October 14, 2022**, without prejudice to any party's right to seek additional extensions, for cause, or object thereto.

**Dated: September 14th, 2022**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**