N THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NLG, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-11269 (JKS) |
| ALFRED T. GIULIANO, the Chapter 7 Trustee for the estate of NLG, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SELECTIVE ADVISORS GROUP, LLC, <br><br> Defendant. | Adv. No. 22-50086 (JKS) <br><br> **Hearing Date: October 25, 2022 at 10:30 a.m. ET** <br> **Objections Due: October 14, 2022 at 4:00 p.m. ET** |

**NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER APPROVING AGREEMENT BY AND AMONG THE CHAPTER 7 TRUSTEE AND LIZA HAZAN**

**PLEASE TAKE NOTICE** that Fox Rothschild LLP, counsel for Alfred T. Giuliano, the Chapter 7 Trustee for the estate of NLG, LLC, hereby withdraws the *Motion for an Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan* filed on September 29, 2022, in the above-referenced case and Adversary Proceeding [D.I. 82; and Adv Pro. D.I. No. 30].

Dated:  September 29, 2022

                                                **FOX ROTHSCHILD LLP**

                                                By:  /s/  Seth A. Niederman
                                                Seth A. Niederman, Esquire
                                                Delaware Bar No. 4588
                                                919 North Market Street, Suite 300
                                                P.O. Box 2323
                                                Wilmington, DE 19899-2323
                                                Phone (302) 654-7444/Fax (302) 656-8920
                                                sniederman@foxrothschild.com

                                                                 -and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Counsel for Alfred T. Giuliano,*
*Chapter 7 Trustee for the estate of NLG, LLC*