# SIGN-IN SHEET

| CASE NAME: NLG, LLC | | COURTROOM #6 |
|---|---|---|
| CASE NUMBER: 21-11269 JKS    Adv Pro 22-50086 JKS | | DATE: 10/25/2022 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Seth Niederman | Fox Rothschild | Trustee |
| Jesse Harris | " | " |
| Michael Menkowitz | " | " |
| Alfred Giuliano | Trustee | Trustee |
| CHRIS KOSACHUK | PRO SE | PRO SE |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| SEAN | MEEHAN | DEFENDANT | |
| Rachel | Werkheiser | usbc | usbc |
| Paula | Subda | USBC | USBC |
| Court | Clerk | Court | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Juan | Ramirez, Jr., Former Chief Judge | Pro se | |