### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br>　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 21-11269 (JKS)<br>(Involuntary) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification below, counsel moves for the admission *pro hac vice* of Joel Aresty of Joel Aresty, P.A, to represent 9197-5904 Quebec, Inc., Selective Advisors Group, LLC, America Asset Management, LLC, and Interested Party Liza Hazan aka Elizabeth Hazan in this action.

Dated: November 11, 2022　　　　　　　　*/s/ Julia Klein*
　　　　　　　　　　　　　　　　　　　　Julia Klein (5198)
　　　　　　　　　　　　　　　　　　　　KLEIN LLC
　　　　　　　　　　　　　　　　　　　　225 West 14th Street, Suite 100
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　klein@kleinllc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: November 11, 2022　　　　　　　　*/s/ Joel M. Aresty*
　　　　　　　　　　　　　　　　　　　　Joel M. Aresty
　　　　　　　　　　　　　　　　　　　　JOEL M. ARESTY, P.A.
　　　　　　　　　　　　　　　　　　　　309 1st Avenue South
　　　　　　　　　　　　　　　　　　　　Tierra Verde, FL 33432
　　　　　　　　　　　　　　　　　　　　Aresty@icloud.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 14th, 2022**  
**Wilmington, Delaware**

**J. KATE STICKLES**  
**UNITED STATES BANKRUPTCY JUDGE**