# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NLG, LLC, | Case No. 21-11269-JKS |
| Debtor. | |
| ALFRED T. GIULIANO, the Chapter 7 Trustee for the estate of NLG, LLC, | |
| Plaintiff, | Adv. No. 22-50086 (JKS) |
| v. | |
| SELECTIVE ADVISORS GROUP, LLC, | |
| Defendant. | |

**SECOND AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 16, 2022 AT 2:00 P.M. - STATUS CONFERENCE

**THIS HEARING WILL VIA ZOOM ONLY.
ALL PARTICIPANTS ARE REQUIRED TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING AT LEAST TWO HOURS PRIOR TO THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsf-uvrDwiHOb6ZqeqD-HljFyUr35HUak

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

MATTERS GOING FORWARD – STATUS CONFERENCE

1. Order to Show Cause [Docket No. 101; Filed November 18, 2022]

    Response Deadline:  December 9, 2022 at 4:00 pm.

Responses Received:

    A.    Liza Hazan's Response to Order to Show Cause and Motion to Appear at the Hearing on December 16, 2002 [Docket No. 102; Filed December 9, 2022]

    B.    Chris Kosachuk's Response to the Court's Order to Show Cause [Docket No. 103; Filed December 9, 2022]

    C.    Selective Advisors Group LLC and 9197-5904 Quebec Inc.'s Reply to Trustee's and Kosachuk's Responses to Order to Show Cause [Docket No. 105; Filed December 11, 2022]

Related Documents:

    A.    Motion for Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan [Main Case Docket No. 84; Filed September 30, 2022/Adv. Docket No. 32; Filed September 30, 2022]

    B.    Order Scheduling Status Conference Via Zoom [Docket No. 106; Filed December 13, 2022]

    C.    Notice of Withdrawal of Motion for Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan [Main Case Docket No. 108; Filed December 14, 2022/Adv. Docket No. 51; Filed December 14, 2022]

    D.    Notice of Filing of Exhibit "E" to Motion for Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan [Main Case Docket No. 85; Filed September 30, 2022]

    E.    Objection of Chris Kosachuk to Motion for Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan [Main Case Docket No. 86; Filed October 17, 2022]

    F.    Objection of Juan Ramirez to Motion for Order Approving Agreement By and Among the Chapter 7 Trustee and Liza Hazan [Main Case Docket No. 87; Filed October 17, 2022]

    G.    Sean Neil Meehan, America Asset Management LLC, Selective Advisors Group LLC's Objection to Motion for Order Approving Agreement By and Among the Chapter 7

|   |   |   |
|---|---|---|
|   |   | Trustee and Liza Hazan [Main Case Docket No. 97; Filed November 14, 2022] |
|   | H. | Liza Hazan's Recission of Settlement with Chapter 7 Trustee and Objection to the Trustee's Motion for an Order Approving Agreement by and Among the Chapter 7 Trustee and Liza Hazan [Main Case Docket No. 98; Filed November 14, 2022] |
|   | **I.** | **Liza Hazan's Amended Response to Order to Show Cause and Reply to Kosachuk and Trustee's Responses [Main Case Docket No. 111; Filed December 14, 2022]** |
| Status: |   | This matter will go forward. |

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE  19899-2323
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3222
(215) 299-2864/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estate of NLG, LLC

Dated:  December 15, 2022

**CERTIFICATE OF SERVICE**

I, Seth A. Niederman, hereby certify that the foregoing Amended Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice, on December 15, 2022.

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588)

Dated: December 15, 2022

4