**THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**


In Re:  **NLG, LLC**                  :        **Case No. 21-11269/JKS**
                                      :        **CHAPTER 7**
                                      :
          **Debtor.**                 :


## <u>NOTICE OF CHANGE FROM ASSET TO NO ASSET</u>


### TO JOSEPH MCMAHON, ASSISTANT UNITED STATES TRUSTEE,

Alfred T. Giuliano, the Trustee in the above captioned matter, after due inquiry, having

discovered no assets hereby gives Notice that this is a No Asset case.


<u>December 19, 2022</u>                /s/ Alfred T. Giuliano, Trustee
Dated                                 Alfred T. Giuliano, Trustee
                                      2301 E. Evesham Road
                                      Pavilion 800, Suite 210
                                      Voorhees, NJ 08043
                                      (856) 767-3000

United States Bankruptcy Court
District of Delaware

In re:                                                                                          Case No. 21-11269-JKS
NLG, LLC                                                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                                    User: admin                                              Page 1 of 3
Date Rcvd: Dec 19, 2022                          Form ID: pdfana                                     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | NLG, LLC, 8 The Green, Ste A, Dover, DE 19901-3618 |
| aty | + | Jesse M. Harris, Fox Rothschild LLP, 2000 Market Street, Twentieth Floor, Philadelphia, PA 19103-3294 |
| aty | + | Joel M. Aresty, P.A., 309 1st Avenue South, Tierra Verde, FL 33715-2231 |
| aty | + | Julia Bettina Klein, Klein LLC, 225 W 14th Street, Suite 100, 19801 Wilmington, DE 19801-1114 |
| aty | | Michael G. Menkowitz, Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| aty | + | Seth A. Niederman, Fox Rothschild LLP, 919 North Market Street, Suite 300, PO Box 2323, Wilmington, DE 19899-2323 |
| intp | + | Juan Ramirez, Jr., 1172 S. Dixie Hwy, #341, Coral Gables, FL 33146-2918 |
| 17471613 | + | AMERICA ASSET MANAGEMENT, LLC, Pine Island Commons 8551 W. Sunrise Blvd, Plantation, FL 33322-4016 |
| 17409312 | + | Age Re Services, LLC, 3162 Commodore Plaza, 3E, Miami, FL 33133-5815 |
| 17409314 | | Astrid E. Gabbe, The Law Office of Astrid E. Gabbe, P.A., PO Box 4216, Hollywood, FL 33083-4216 |
| 16695839 | + | Chris Kosachuk, 854 Pheasant Run Rd, West Chester, PA 19382-8144 |
| 17409315 | + | Christopher Kosachuk, 854 Pheasant Run Road, West Chester, PA 19382-8144 |
| 17409316 | + | David W. Langley, 8551 W. Sunrise Blvd., Suite 303, Fort Lauderdale, FL 33322-4007 |
| 17471612 | + | David W. Langley, 8551 W. Sunrise Blvd., Suite 303, Plantation, FL 33322-4007 |
| 17431378 | + | Grove Resolutions, LLC, c/o Law Office of Alexis Gonzalez P.A., 3162 Commodore Plaza, Suite 3E, Coconut Grove, FL 33133-5815 |
| 17409317 | + | Grove Resolutions, LLC, 520 SW 84th Avenue, Miami, FL 33144-3530 |
| 17409318 | + | Joe Grant, Lorium Law, 197 South Federal Highway, Suite 200, Boca Raton, FL 33432-4946 |
| 17409319 | + | Juan Ramirez, Jr., ADR Miami LLC, 1331 Brickell Bay Drive #708, Miami, FL 33131-3677 |
| 17409320 | + | Julia Bettina Klein, Klein LLC, 225 W 14th Street, Suite 100, Wilmington, DE 19801-1114 |
| 17409321 | + | NLG, LLC, 854 Pheasant Run Road, West Chester, PA 19382-8144 |
| 17409323 | + | Orion G. Callison, III, Law Office of Alexis Gonzalez, P.A., 3162 Commodore Plaza, Suite 3E, Miami, FL 33133-5815 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: ddileo@giulianomiller.com | Dec 19 2022 20:08:00 | Alfred T. Giuliano, Giuliano Miller & Co., LLC, 2301 E. Evesham Road, Pavillion 800, Suite 210, Voorhees, NJ 08043-4501 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 19 2022 20:08:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| 17409336 | + | Email/Text: michael.brittingham@delaware.gov | Dec 19 2022 20:08:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 17409334 | | Email/Text: KCFinance@Co.Kent.De.Us | Dec 19 2022 20:08:00 | Kent County, P.O. Box 802, Dover, DE 19903 |
| 17409335 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Dec 19 2022 20:08:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Brandywine Process Servers, LTD |
| intp | | Sean Neil Meehan |
| 17409311 | | 21-11269 |
| 17409313 | | American Asset Management, LLC |
| aty | *+ | Alfred T. Giuliano, Giuliano Miller & Co., LLC, 2301 E. Evesham Road, Pavillion 800, Suite 210, Voorhees, NJ 08043-4501 |
| aty | *+ | Joe Grant, Lorium Law, 197 South Federal Highway, Suite 200, Boca Raton, FL 33432-4946 |
| cr | * | Chris Kosachuk, 854 Pheasant Run Rd, West Chester, PA 19382-8144 |
| 17409322 | *+ | NLG, LLC, 8 The Green, Suite A, Dover, DE 19901-3618 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022                     Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alfred T. Giuliano | atgiuliano@giulianomiller.com<br>ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com |
| Alfred T. Giuliano | on behalf of Trustee Alfred T. Giuliano atgiuliano@giulianomiller.com<br>ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com |
| Jesse M. Harris | on behalf of Trustee Alfred Giuliano jesseharris@foxrothschild.com |
| Jesse M. Harris | on behalf of Trustee Alfred T. Giuliano jesseharris@foxrothschild.com |
| Julia Bettina Klein | on behalf of Defendant Selective Advisors Group  LLC klein@kleinllc.com |
| Julia Bettina Klein | on behalf of Interested Party Selective Advisors Group LLC and 9197-5904 Quebec  Inc. klein@kleinllc.com |
| Julia Bettina Klein | on behalf of Defendant 9197-5904 Quebec  Inc. klein@kleinllc.com |
| Julia Bettina Klein | on behalf of Interested Party America Asset Management  LLC klein@kleinllc.com |
| Julia Bettina Klein | on behalf of Interested Party Elizabeth Hazan klein@kleinllc.com |
| Michael G. Menkowitz | on behalf of Trustee Alfred Giuliano mmenkowitz@foxrothschild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com |

District/off: 0311-1                          User: admin                                    Page 3 of 3
Date Rcvd: Dec 19, 2022                       Form ID: pdfana                                 Total Noticed: 26

Michael G. Menkowitz
                        on behalf of Trustee Alfred T. Giuliano mmenkowitz@foxrothschild.com
                        brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com

Seth A. Niederman
                        on behalf of Trustee Alfred Giuliano sniederman@foxrothschild.com
                        msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com

Seth A. Niederman
                        on behalf of Trustee Alfred T. Giuliano sniederman@foxrothschild.com
                        msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com

U.S. Trustee
                        USTPRegion03.WL.ECF@USDOJ.GOV


TOTAL: 14