# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| NLG, LLC, | ) Case No. 21-11269 (JKS) |
| | ) |
| Debtor. | ) **Related D.I. 125** |
| | ) |

## ORDER DENYING MOTION TO SHORTEN

The *Motion to Shorten Notice Pursuant to Local Rule 9006-1(e) of* [sic] *the Expedited Motion to Abandon Pursuant to Section 554(B)* filed by Chris Kosachuk on December 23, 2022 (D.I. 125), is hereby **DENIED** as the Court finds that there are no exigencies justifying shortened notice based on the facts and procedural posture of this case.

Dated: December 28, 2022

                                                        J. Kate Stickles
                                                        United States Bankruptcy Judge