# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>　　　　　　　Debtor. | Chapter 7<br><br>Case No. 21-11269-JKS<br><br>**Related to D.I.** 128 |

## ORDER SCHEDULING OMNIBUS HEARING DATE FOR JANUARY 2023

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing date in the above captioned proceeding:

**Tuesday, January 31, 2023, at 1:00 p.m.**

All hearings will be held in Courtroom No. 6 on the Fifth Floor of the United States Courthouse, Marine Midland Plaza, 824 North Market Street, Wilmington, Delaware.

**Dated: January 4th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

141387918.1