# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NLG, LLC, | Case No. 21-11269-JKS |
| Debtor. | Related to D.I. 129 |

## CERTIFICATE OF SERVICE

SETH A. NIEDERMAN, of full age, hereby certifies as follows:

1. I am a partner with the law firm of Fox Rothschild LLP, attorneys for Alfred T. Giuliano, the Chapter 7 Trustee in the above proceedings.

2. On January 5, 2023, I caused a true and correct copy of the *Order Scheduling Omnibus Hearing Date for January 2023* [D.I. 129] to be served via U.S. Postal Service, First Class Mail, postage prepaid, upon on the parties identified on the attached service list:

I certify under penalty of perjury that the foregoing is true and correct.

        **FOX ROTHSCHILD LLP**

        By: */s/ Seth A. Niederman*
        Seth A. Niederman, Esquire (DE 4588)
        919 North Market Street, Suite 300
        P.O. Box 2323
        Wilmington, DE 19899-2323
        Phone (302) 654-7444/Fax (302) 656-8920
        sniederman@foxrothschild.com

Dated: January 6, 2023        *Counsel for Alfred T. Giuliano,*
        *Chapter 7 Trustee for the estate of NLG, LLC*

141495693.1

**Service List**

| | | |
|---|---|---|
| NLG, LLC<br>8 The Green, Suite A<br>Dover, DE 19901 | Alfred T. Giuliano, Trustee<br>Giuliano Miller & Co., LLC<br>Pavilion 800, Suite 210<br>2301 E. Evesham Road<br>Voorhees, NJ 08043 | Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>Lockbox 35<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Julia B. Klein, Esquire<br>Klein LLC<br>225 W. 14th Street, Suite 100<br>Wilmington, DE 19801 | Joe Grant<br>Lorium Law<br>197 S. Federal Highway, Suite 200<br>Boca Raton, FL 33432 | Chris Kosachuk<br>854 Pheasant Run Road<br>West Chester, PA 19382-8144 |
| Liza Hazan<br>6913 Valencia Drive<br>Miami Beach, FL 33109 | David W. Langley, Attorney at Law<br>Pine Island Commons<br>8551 W. Sunrise Boulevard, Suite 303<br>Plantation, FL 33322 | Geoffrey Stuart Aaronson, Esquire<br>Aaronson Schantz Beiley PA<br>One Biscayne Tower, Suite 3450<br>2 S. Biscayne Boulevard<br>Miami, FL 33131 |

141449113