# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NLG, LLC, | Case No. 21-11269 (JKS) |
| Debtor. | Related D.I. 71 |
| | Fully administered |
| | (Involuntary) |

## LIZA HAZAN'S MOTION TO APPEAR AT THE HEARING

Interested party Liza Hazan a/k/a Elizabeth Hazan ("Hazan"), *pro se,* files her Motion to Appear at the hearing scheduled on January 31, 20213 via zoom. In support, Ms. Hazan respectfully avers as follows:

## LIZA HAZAN SHOULD BE ALLOWED TO APPEAR AT THE HEARING ON JANUARY 31, 2023, AT 1:00PM VIA ZOOM

Ms. Hazan is respectfully requesting that she be allowed to appear at the hearing set on January 31, 2023 at 1:00 PM via Zoom as she is scared of Chris Kosachuk and that he may physically harm her or even kill her as he did in the past he physically attacked her while she was seating in her car, stood for hours outside her building in New York, trespassed her house on Fisher island, also broke into her home, impersonated her New York lawyer Darius Marzec while he was talking to the doorman, in order to get access to her New York apartment to harm her. He physically pushed attorney Darius Marzec and told him "this is what you get to be a faggot", he called Hazan a "Fuckn jew", that he would "bury her alive". Kosachuk he also said in an email "Enjoy the Fifth Avenue apartment and the Bentley while you can your days are numbered .." The police reports and New York Supreme Court's Order granting sanctions in

favor of Hazan and against Chris Kosachuk were filed at [D.I. 102] attached as Exhibit D. The Court should grant Ms. Hazan's Motion to Appear at the hearing set on January 31, 2023, at 1:00 PM via Zoom.

WHEREFORE, Ms. Hazan respectfully requests this Honorable Court grant Ms. Liza Hazan a/k/a Elizabeth Hazan's Motion to Appear at the hearing set on January 31, 2023, at 1:00 PM via Zoom.

On this 23rd day of January 2023.

Respectfully submitted,

_____
Liza Hazan
6913 Valencia Drive
Miami, Florida 33109
(212) 920-6605

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January 2023 a true and correct copy of foregoing was hand delivered to the Clerk of Court for electronic filing, which will electronically serve a copy of the foregoing document on all parties of record and was emailed directly to parties of record by the undersigned.

Respectfully submitted,

_____
Liza Hazan
6913 Valencia Drive

Miami, Florida 33109
(212) 920-6605

## SERVICE LIST

**Via CM/ECF/EMAIL**
All parties of record