## SIGN-IN SHEET

| CASE NAME: NLG, LLC/ Kosachuk et al v. 9197-5904 Quebec, Inc. et al/ NLG, LLC v. Selective Advisors Group, LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 21-11269 JKS, 22-50086 JKS, 22-50421 JKS | DATE: 1/31/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Seth Niederman | Fox Rothschild | Trustee |
| Jesse Harris | " " | " |
| CHRIS KOSACHUK | PRO SE | PRO SE |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

21-11269 NLG, LLC
1/31/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Juan | Ramirez | Pro se | |
| Court | Staff | n/a | |
| Liza | Hazan | Self | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Nolley | Rainey | Court Staff | USBC |