# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NLG, LLC, | Case No. 21-11269 (JKS) |
| Debtor. | **Related D.I. 71, 92, 134, 135, 136, and 143** |

## ORDER

For the reasons set forth in the Court's Opinion dated February 16, 2023, the *Motion to Convert Involuntary Chapter 7 Case to Voluntary Chapter 11 Case* (D.I. 71), filed on August 16, 2022, is **DENIED**.

Dated:  February 16, 2023

_____
J. Kate Stickles
United States Bankruptcy Judge