# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 21-11269 (JKS)<br><br>**Related D.I. 147** |
| CHRIS KOSACHUK,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SELECTIVE ADVISORS GROUP, LLC,<br>and 9197-5904 QUEBEC, INC.,<br><br>　　　　Defendants. | Adv. Pro. No. 22-50421 (JKS)<br><br>**Related Adv. D.I. 8, 9, 15, 16, and 23** |

## ORDER

For the reasons set forth in the Court's Opinion dated February 16, 2023, Defendant's Motion to Dismiss (Adv. D.I. 8), filed on December 11, 2022, is GRANTED, in part, as set forth below:

1. The Court does not have subject matter jurisdiction over the underlying dispute.

2. Alternatively, the Court will permissively abstain from hearing the underlying dispute.

Dated: February 16, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　J. Kate Stickles
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge