# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 21-11269 (JKS)<br><br>**Related D.I. 157** |
| ALFRED T. GIULLIANO, the Chapter 7 Trustee for the estate of NLG, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SELECTIVE ADVISORS GROUP, LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 22-50086 (JKS)<br><br>**Related Adv. D.I. 70** |
| CHRIS KOSACHUK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>9197-5904 QUEBEC, INC. and SELECTIVE ADVISORS GROUP, LLC,<br><br>　　　　Defendants. | Adv. Pro. No. 22-50421(JKS)<br><br>**Related Adv. D.I. 25** |

## SCHEDULING ORDER

The following motions having been filed:

1. Motion for Rehearing, Reconsideration and Relief from Opinion and Order Denying Motion to Convert [D.I. 143 & 144], filed by Plaintiff Chris Kosachuk in Case No. 21-11269 [D.I. 157];

2. Joint Motion for Rehearing, Reconsideration and Relief from Order Dismissing Adversary Proceeding [D.I. 69], filed by Creditors Chris Kosachuk and Juan Ramirez, Jr. in Adv. Pro. No. 22-50086-JKS [Adv. D.I. 70]; and

3. Motion for Rehearing, Reconsideration and Relief from Opinion and Order Dismissing Adversary Proceeding [D.I. 23 & 24], filed by Plaintiff Chris Kosachuk in Adv. Pro. No. 22-50421-JKS [Adv. D.I. 25].

**IT IS HEREBY ORDERED** that the following schedule shall apply to the above-referenced motions:

1. Objections or responses to the motions, if any, shall be filed **on or before 4:00 p.m. on March 17, 2023**.

2. Replies, if any, shall be filed and served **on or before 4:00 p.m. on March 24, 2023**.

Dated: March 3rd, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE