UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                          Case No. 21-11269-JKS

NLG, LLC,
a Delaware LLC                                                  Chapter 7
Debtor

_____/

**APPELLANT CHRIS KOSACHUK'S DESIGNATION OF THE RECORD AND
STATEMENT OF ISSUES ON APPEAL**

Appellant Chris Kosachuk ("Kosachuk" or "Appellant"), *pro se,* and pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, hereby files his Designation of the Record and Statement of Issues on Appeal with respect to Appellant's Notice of Appeal [Doc. 169], and requests that the same be transmitted electronically to the United States District Court for the District of Delaware.

| Bankruptcy (BK) | Filing Date | Docket # | Docket Text/Document Description |
|---|---|---|---|
| BK | 08/16/22 | 71 | Motion to Convert |
| BK | 08/17/22 | 72 | Joint Motion |
| BK | 08/30/22 | 77 | Objection |
| BK | 9/14/22 | 80 | Order Granting Abeyance |
| BK | 9/26/22 | 81 | Adversary Complaint |
| BK | 09/30/22 | 84 | 9019 Motion |
| BK | 09/30/22 | 85 | Exhibit |
| BK | 10/17/22 | 86 | Objection |
| BK | 10/17/22 | 87 | Objection |
| BK | 11/3/22 | 92 | Declaration |
| BK | 11/3/22 | 93 | Notice of Filing |
| BK | 11/9/22 | 94 | Hearing Transcript |

| | | | |
|---|---|---|---|
| BK | 11/11/22 | 97 | Objection |
| BK | 11/14/22 | 98 | Objection |
| BK | 11/14/22 | 100 | Hearing Transcript |
| BK | 11/18/22 | 101 | Order to Show Cause |
| BK | 12/9/22 | 102 | Response |
| BK | 12/9/22 | 103 | Response |
| BK | 12/9/22 | 104 | Response |
| BK | 12/14/22 | 108 | Notice of Withdrawal |
| BK | 1/24/23 | 134 | Opposition |
| BK | 1/24/23 | 135 to 135-3 | Objection & Exhibits |
| BK | 1/24/23 | 136 | Response |
| BK | 2/1/23 | 141 | Transcript |
| BK | 2/16/23 | 143 | Opinion |
| BK | 2/16/23 | 144 | Order |
| BK | 3/3/23 | 157 | Motion to Reconsider |
| BK | 3/17/23 | 161 | Opposition |
| BK | 3/17/23 | 162 | Opposition |
| BK | 3/17/23 | 163 | Opposition |
| BK | 5/3/23 | 165 | Opinion Order |
| BK | 5/17/23 | 169 | Notice of Appeal |

## **STATEMENT OF ISSUES**

1. Whether the Bankruptcy Court erred in entering order denying conversion when conversion was in the best interest of the creditors.

2. Whether the Bankruptcy Court should have dismissed the case.

Respectfully submitted,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September 2023 a true and correct copy of the foregoing was hand delivered to the Clerk of Court for electronic filing, which will electronically serve a copy of the foregoing document on all parties of record and was emailed directly to counsel of record by Appellant.

                                                    Respectfully submitted,

Chris Kosachuk
*Pro Se Appellant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

*Served via CM/ECF or Email*

All parties of record